644 A.2d 581

IN THE MATTER OF RUSSELL E. PAUL,
AN ATTORNEY AT LAW.

July 7, 1994.

ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that **RUSSELL E. PAUL** of **WOODBURY,** who was admitted to the bar of this State in 1966, be publicly reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.4(a) (failure to keep client reasonably informed) and *RPC* 8.4(c) (misrepresentation to client regarding status of a matter), and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review are adopted and **RUSSELL E. PAUL** is hereby publicly reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent shall reimburse the Ethics Financial Committee for appropriate administrative costs incurred in the prosecution of this matter.